# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIFFINE R. HANSBROUGH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH EQUITY GROUP, LLC,<br><br>    Defendant. | Case No. 5:23-CV-00499-SB-SP<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

     Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).  This matter was filed on March 22, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any defendant.  Plaintiff is ordered to show cause, in writing, no later than July 3, 2023, why this action should not be dismissed for lack of prosecution.

     The Court will consider as an appropriate response to this Order to Show Cause the filing of proof(s) of service showing that the relevant defendant(s) was/were served within the 90-day period or a showing of good cause for extending the service period.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: June 26, 2023

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge